# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ERICKA WILLIAMS,

                Plaintiff,      :      Case No. 3:17-cv-117

                                            District Judge Walter Herbert Rice
- vs -                               Magistrate Judge Michael R. Merz

JT&B GLOBAL, LLC,

                Defendant.    :

## RECUSAL ORDER

This case was randomly assigned to the undersigned upon its filing in April 2017. District Judge Rice has now entered a Preliminary Pretrial Conference Order which refers the case to me for pretrial management purposes (ECF No. 12, PageID 65). However, many of the dates set in the Order occur after expiration of my term of office on March 1, 2018.

Therefore, I recuse myself from further judicial participation in this case and direct the Clerk to randomly reassign the case to one of the other Magistrate Judges resident at Dayton.

September 20, 2017.

                                                          s/ *Michael R. Merz*
                                                     United States Magistrate Judge